IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. | 1:06CR190-DRB |
| | ) [18 USC 13; Code of Ala. | |
| V. | ) 32-5A-191(a)(1)&(2)] | |
| | ) | |
| RODNEY S. KEYES | ) | |
| | ) | |

INFORMATION

The United States Attorney charges:

On or about the 28th of June, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, RODNEY S. KEYES, did unlawfully operate a motor vehicle while there was 0.17 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA     )     AFFIDAVIT
                     )
DALE COUNTY          )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. At approximately 10:20 P.M., June 28th, 2006, I was dispatched to the West Beach area of Fort Rucker, for an erratic driver. At 10:31 P.M. I observed an unoccupied car near the intersection of Lake and Christian roads with disabling damage and deployed airbags. The license plate was issued to RODNEY SCOTT KEYES. KEYES was located walking near the area approximately ten minutes later. KEYES appeared intoxicated and refused medical treatment. Keys was apprehended for DUI and transported to the Military Police Station. KEYES was administered a breath alcohol analysis at 12:04 A.M. June 29th, which resulted in a result of 0.17 g/210L.

_____
JAMES HENRY EVANS, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __20__ day of __July__ 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006