UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:06-cr-190-DRB |
| | ) | |
| RODNEY S. KEYES | ) | |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to RODNEY S. KEYES on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 20th day of November, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama
Phone: (334) 223-7280
FAX: (334) 223-7135
Kent.brunson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:06-cr-190-DRB |
| | ) | |
| RODNEY S. KEYES | ) | |

### O R D E R

    Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

    DONE this _____day of November, 2006.


_____
**DELORES R. BOYD**
**UNITED STATES MAGISTRATE JUDGE**


### DISMISSIAL OF INFORMATION

    Comes now the United States of America with leave of the Court first had and obtained and dismisses without prejudice the Information heretofore filed in the above styled cause as to RODNEY S. KEYES.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    One Court Street
    Montgomery, Alabama
    Phone:  (334) 223-7280
    FAX:  (334) 223-7135
    Kent.brunson@usdoj.gov