UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 1:06-cr-190-DRB |
| ) | |
| RODNEY S. KEYES ) | |

**O R D E R**

Upon consideration of the *Motion for Leave to Dismiss Information* (Doc. 7, Nov. 20, 2006), it is, for good cause shown, ORDERED, ADJUDGED and DECREED that the motion is hereby granted.

DONE this 20th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

**DISMISSAL OF INFORMATION**

Comes now the United States of America with leave of the Court first had and obtained and dismisses without prejudice the Information heretofore filed in the above styled cause as to RODNEY S. KEYES.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY
/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama
Phone: (334) 223-7280
FAX: (334) 223-7135
Kent.brunson@usdoj.gov